MATTHEW D. POWERS (Bar No. 104795)
matthew.powes@weil.com
JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
PERRY CLARK (Bar No. 197101)
perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ISABELLA E. FU (Bar No. 154677)
isabelfu@microsoft.com
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEER SYSTEMS, INC., a California Corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>BEATNIK, INC., a California Corporation; BEATNIK (DELAWARE), INC., a Delaware Corporation; and MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendants and Counterclaim Plaintiff.<br><br>AND COUNTER-ACTION. | Case No. C 03 4636 JSW (EDL)<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR FURTHER CLAIM CONSTRUCTION HEARING |

1   Microsoft's Miscellaneous Administrative Request For Further Claim
2   Construction Hearing is GRANTED. The parties shall file and serve their claim construction
3   papers according to the following schedule:

- <u>December 29, 2005</u>: Parties complete and file a Joint Claim Construction Statement.
- <u>January 11, 2006</u>: Last day for Seer to file and serve its opening claim construction brief (not to exceed 15 pages).
- <u>January 25, 2006</u>: Last day for Microsoft to file and serve its responsive claim construction brief (not to exceed 15 pages).
- <u>February 1, 2006</u>: Last day for Seer to file and serve its reply claim construction brief (not to exceed 10 pages).
- <u>February 1, 2006</u>: Last day for the parties to file an amended, final joint claim construction statement pursuant to paragraph 6 of the Court's Standing Order for Patent Cases.
- <u>February 8, 2006 at 1:30 p.m.</u>: Subject to the Court's availability and pursuant to paragraph 12 of the Court's Standing Order for Patent Cases, Microsoft proposes that the Court conduct a claim construction hearing.

The Court will conduct a claim construction hearing on [February 8, 2006 at 1:30 p.m.] March 14, 2006 at 2:00 p.m.

IT IS SO ORDERED,

Dated: <u>December 22,</u> 2005

By: _____
Hon. Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING MICROSOFT'S
MISCELLANEOUS ADMINISTRATIVE REQUEST FOR
FURTHER CLAIM CONSTRUCTION HEARING

2

Case No. C 03 4636 JSW (EDL)