MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
PERRY CLARK (Bar No. 197101)
perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant and Counterclaimant
Microsoft Corporation

ALEXANDER M. WEYAND (Bar No. 108147)
aweyand@pwmlaw.com
PAUL DeANGELIS (Bar No. 193913)
pdeangelis@pwmlaw.com
PETERSON, WEYAND & MARTIN LLP
49 Stevenson Street, Tenth Floor
San Francisco, CA 94105
Telephone: (415) 399-2900
Facsimile: (415) 399-2930

Attorneys for Plaintiff and Counter-Defendant
Seer Systems, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SEER SYSTEMS, INC., a California Corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>BEATNIK, INC., a California Corporation; BEATNIK (DELAWARE), INC., a Delaware Corporation; and MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendants and Counterclaim Plaintiff. | Case No. C 03 4636 JSW (EDL)<br><br>**MICROSOFT AND SEER'S L.R. 7-12 JOINT STIPULATION RE: MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF CLAIM CONSTRUCTION OF MEANS-PLUS-FUNCTION LIMITATIONS**<br><br>**and [PROPOSED] ORDER**<br><br>Date: March 14, 2006<br>Time: 2:00 p.m.<br>Judge: Hon. Jeffrey S. White |

1  The parties stipulate that on March 14, 2006 defendant Microsoft Corp. and plaintiff Seer Systems, Inc., by and through their counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in Courtroom 17 of the Honorable Jeffrey S. White, certain electronic equipment and other materials for purposes of presenting a Markman on means-plus-function limitations. The equipment and materials may include easels, exhibit boards, network equipment, laptop and desktop computers, external hard drives, video and audio cables, power strips, extension cords, a projector, a projection screen, ELMO, additional monitors, and speakers. The equipment for Microsoft will be setup by Michael McMahon of McMahon Videography, his staff, and staff of counsel for Microsoft. The equipment for Seer will be setup by Dan O'Connell of O'Connell and Associates, his staff, and staff of counsel for Seer. Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.

| | |
|---|---|
| Peterson, Weyand & Martin LLP | Weil, Gotshal & Manges LLP |
| By: _____/S/_____<br>Alexander M. Weyand | By: _____/S/_____<br>Perry Clark |
| Attorneys for Plaintiff and Counter-Defendant<br>SEER SYSTEMS, INC. | Attorneys for Defendant and Counterclaimant<br>MICROSOFT CORPORATION |
| Dated: March 7, 2006 | Dated: March 7, 2006 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The parties shall be available to begin setting up the courtroom for the hearing promptly when trial ends for the day, which is scheduled to occur at 1:30 p.m. The hearing will begin as soon as both parties have completed their set up.

Dated: March 13, 2006

By: _____/Jeffrey S. White/_____
Hon. Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING MICROSOFT'S
MISCELLANEOUS ADMINISTRATIVE REQUEST                1

Case No. C 03 4636 JSW (EDL)
(#240871)

|   |   |
|---|---|
| 1 | The parties stipulate that on March 14, 2006 defendant Microsoft Corp. and plaintiff Seer Systems, Inc., by and through their counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in Courtroom 17 of the Honorable Jeffrey S. White, certain electronic equipment and other materials for purposes of presenting a Markman on means-plus-function limitations. The equipment and materials may include easels, exhibit boards, network equipment, laptop and desktop computers, external hard drives, video and audio cables, power strips, extension cords, a projector, a projection screen, ELMO, additional monitors, and speakers. The equipment for Microsoft will be setup by Michael McMahon of McMahon Videography, his staff, and staff of counsel for Microsoft. The equipment for Seer will be setup by Dan O'Connell of O'Connell and Associates, his staff, and staff of counsel for Seer. Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity. |

Peterson, Weyand & Martin LLP

By: _____
    Alexander M. Weyand

Attorneys for Plaintiff and Counter-Defendant
SEER SYSTEMS, INC.

Dated: March 7, 2006

Weil, Gotshal & Manges LLP

By: _____
    Perry Clark

Attorneys for Defendant and Counterclaimant
MICROSOFT CORPORATION

Dated: March ___, 2006

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March ___, 2006

By: _____
    Hon. Jeffrey S. White
    United States District Judge

[PROPOSED] ORDER GRANTING MICROSOFT'S
MISCELLANEOUS ADMINISTRATIVE REQUEST     1

Case No. C 03 4636 JSW (EDL)
(#240871)

1 Pursuant to General Order 45, § X(B), I, Perry Clark, attest that concurrence in the
2 filing of the document has been obtained from the other signatory of this document.

Weil, Gotshal & Manges LLP

By: _____/S/_____
    Perry Clark

Attorneys for Defendant and Counterclaimant
MICROSOFT CORPORATION

Dated: March 7, 2006