```
 1  MATTHEW D. POWERS (Bar No. 104795)
    Email: matthew.powers@weil.com
 2  JARED BOBROW (Bar No. 133712)
    Email: jared.bobrow@weil.com
 3  WEIL, GOTSHAL & MANGES LLP
    Silicon Valley Office
 4  201 Redwood Shores Parkway
    Redwood Shores, CA 94065
 5  Telephone: (650) 802-3000
    Facsimile: (650) 802-3100
 6
    ISABELLA E. FU (Bar No. 154677)
 7  Email: isabelfu@microsoft.com
    MICROSOFT CORPORATION
 8  One Microsoft Way
    Redmond, WA 98052
 9
    Attorneys for Defendant and Counterclaim Plaintiff
10  MICROSOFT CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEER SYSTEMS, INC., a California corporation,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>        v.<br><br>BEATNIK, INC., a California corporation; BEATNIK (DELAWARE), INC., a Delaware corporation, and MICROSOFT CORPORATION, a Washington corporation,<br><br>        Defendants and Counterclaim Plaintiff. | Case No. C 03-4636 JSW (EDL)<br><br>[~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL EXHIBITS A AND C TO DECLARATION OF EUGENE MAR IN SUPPORT OF MICROSOFT CORPORATION'S MOTION TO COMPEL<br><br>Date:    May 2, 2006<br>Time:   9:00 a.m.<br>Location: Courtroom E, 15th Floor<br><br>**Magistrate Judge Elizabeth D. LaPorte** |

1   As set forth in defendant Microsoft Corporation's Miscellaneous Administrative
2   Request Pursuant To Civil Local Rules 7-10 and 79-5 To Seal Exhibits A & C to the Declaration
3   of Eugene Mar, Microsoft lodged with the Court the following documents in connection with
4   Microsoft's Motion to Compel:

5    1. Exhibit A to the Declaration of Eugene Mar is a true and correct copy of
6   excerpts from Stanley Jungleib's deposition on September 7, 2004;
7    2. Exhibit C to the Declaration of Eugene Mar is a true and correct copy of Seer
8   System Inc.'s Second Corrected Supplemental Response to Microsoft
9   Corporation's First Set of Interrogatories served on September 7, 2004.

10   Having considered Microsoft's Miscellaneous Administrative Request Pursuant to
11   Civil Local Rules 7-10 and 79-5 to Seal Exhibits A & C to the Declaration of Eugene Mar and
12   good cause appearing thereof,
13   IT IS HEREBY ORDERED that the above documents provided in support of
14   Microsoft Corporation's Motion to Compel are to be filed under seal.

16   Dated: March 30, 2006

The Honorable
United States

