1  MATTHEW D. POWERS (Bar No. 104795)
   Email:  matthew.powers@weil.com
2  JARED BOBROW (Bar No. 133712)
   Email:  jared.bobrow@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
5  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
6
   ISABELLA E. FU (Bar No. 154677)
7  Email:  isabelfu@microsoft.com
   MICROSOFT CORPORATION
8  One Microsoft Way
   Redmond, WA  98052
9
   Attorneys for Defendant and Counterclaim Plaintiff
10 MICROSOFT CORPORATION

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  SEER SYSTEMS, INC., a California corporation, | Case No. C 03-4636 JSW (EDL) |
| 16           Plaintiff and Counterclaim Defendant, | **[PROPOSED]** ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL EXHIBIT 4 TO SUPPLEMENTAL DECLARATION OF EUGENE Y. MAR IN SUPPORT OF MICROSOFT'S REPLY TO RESPONSE BY PLAINTIFF SEER SYSTEMS, INC. TO MICROSOFT'S MOTION TO COMPEL |
| 17 | |
| 18      v. | |
| 19  BEATNIK, INC., a California corporation; BEATNIK (DELAWARE), INC., a Delaware corporation; and MICROSOFT CORPORATION, a Washington corporation, | |
| 20 | |
| 21           Defendants & Counterclaimant Plaintiff. | |
| 22 | |
| 23 | Date:    May 2, 2006<br>Time:    2:00 p.m.<br>Location: Courtroom E, 15th Floor<br>Magistrate Judge Elizabeth D. LaPorte |
| 24  AND COUNTER-ACTION. | |

25

26

27

28

1       As set forth in defendant Microsoft Corporation's Miscellaneous Administrative Request Pursuant To Civil Local Rules 7-10 and 79-5 To Seal Exhibit 5 to the Supplemental Declaration of Eugene Y. Mar, Microsoft lodged with the Court the following document in connection with Microsoft's Reply to Response by Plaintiff Seer Systems, Inc. to Microsoft's Motion to Compel:

      1. Exhibit 4 to the Supplemental Declaration of Eugene Y. Mar: excerpts from the deposition transcript of Stanley Jungleib, taken September 8, 2004;

      Having considered Microsoft's Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Exhibit 4 to the Supplemental Declaration of Eugene Y. Mar and good cause appearing thereof,

      IT IS HEREBY ORDERED that the above documents provided in support of Microsoft Corporation's Motion to Compel are to be filed under seal.

Dated: May 1, 2006

_____
The Honorable _____ LaPorte
United States _____ Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*