MATTHEW D. POWERS (Bar No. 104795)
Email: matthew.powers@weil.com
JARED BOBROW (Bar No. 133712)
Email: jared.bobrow@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ISABELLA E. FU (Bar No. 154677)
Email: isabelfu@microsoft.com
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA  98052

Attorneys for Defendant and Counterclaim Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEER SYSTEMS, INC., a California corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>BEATNIK, INC., a California corporation; BEATNIK (DELAWARE), INC., a Delaware corporation, and MICROSOFT CORPORATION, a Washington corporation,<br><br>    Defendants and Counterclaim Plaintiff. | Case No. C 03-4636 JSW (EDL)<br><br>**[~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL DECLARATION OF BRIAN SCHMIDT AND EXHIBITS 7, 8, 9, 19 AND 22 TO THE DECLARATION OF EUGENE MAR IN SUPPORT OF MICROSOFT CORPORATION'S OPPOSITION TO SEER SYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date: May 16, 2006<br>Time: 2:00 p.m.<br>Location: Courtroom E, 15th Floor<br><br>**Magistrate Judge Elizabeth D. LaPorte** |

As set forth in defendant Microsoft Corporation's Miscellaneous Administrative Request Pursuant To Civil Local Rules 7-10 and 79-5 To Seal the Declaration of Brian Schmidt in Support of Microsoft's Opposition, Confidential Exhibits 7, 8, and 9, and Highly Confidential Exhibits 19 and 22 to the Declaration of Eugene Mar, Microsoft lodged with the Court the following documents in connection with Microsoft's Opposition to Seer Systems, Inc.'s Motion To Compel Production of Documents:

1. Declaration of Brian Schmidt in support of Microsoft's Opposition to Seer Systems, Inc.'s Motion to Compel Production of Documents;

2. Exhibit 7 to the Declaration of Eugene Y. Mar in Support of Microsoft's Opposition to Seer Systems, Inc.'s Motion to Compel Production of Documents: Plaintiff Seer Systems, Inc.'s Disclosure of Asserted Claims and Preliminary Infringement Contentions Against Microsoft Corporation Pursuant to Patent Local Rule 3-1, dated April 16, 2004.

3. Exhibit 8 to the Declaration of Eugene Y. Mar in Support of Microsoft's Opposition to Seer Systems, Inc.'s Motion to Compel Production of Documents: Plaintiff Seer Systems, Inc.'s Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions Against Microsoft Corporation Pursuant to Patent Local Rule 3-1, dated May 12, 2004.

4. Exhibit 9 to the Declaration of Eugene Y. Mar in Support of Microsoft's Opposition to Seer Systems, Inc.'s Motion to Compel Production of Documents: Plaintiff Seer Systems, Inc.'s Second Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions Against Microsoft Corporation Pursuant to Patent Local Rule 3-1, dated May 19, 2004.

5. Exhibit 19 to the Declaration of Eugene Y. Mar in Support of Microsoft's Opposition to Seer Systems, Inc.'s Motion to Compel Production of Documents: a web page entitled, "Xbox Media Communications Processor Frequently Asked Questions"; and

6. Exhibit 22 to the Declaration of Eugene Y. Mar In Support of Microsoft's Opposition to Seer Systems, Inc.'s Motion to Compel Production of Documents: a web page entitled, "Introducing to Xenon Audio System."

Having considered Microsoft's Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal the Declaration of Brian Schmidt and Exhibits 7, 8, 9, 19, and 22 to the Declaration of Eugene Y. Mar and good cause appearing thereof,

IT IS HEREBY ORDERED that the above documents provided in support of Microsoft Corporation's Opposition to Seer Systems, Inc.'s Motion To Compel Production of Documents are to be filed under seal.

Dated: May 9, 2006

The Honorable Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*