IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEER SYSTEMS INC. ET AL,

    Plaintiff,

  v.

BEATNIK INC. ET AL,

    Defendants.
                              /

No. 03-04636 JSW EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On May 9, 2006, Plaintiff's counsel Alex Weyand filed a request to appear telephonically at the motion hearing set for May 16, 2006 at 2:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution. The Court disfavors telephonic appearances because the technology prevents the Court from addressing a question to counsel or making a comment or ruling whenever any participant speaks at length. Accordingly, counsel shall only speak in response to a direct question from the Court and shall pause at regular intervals to allow the Court to comment on the information presented. If counsel cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing date will be set for personal appearances.

Counsel shall stand by beginning at the date and time above until called by the Court. No later than May 15, 2006, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: May 10, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge