1  ALEXANDER M. WEYAND (SBN 108147)
   JENNIFER L. JONAK (SBN 191323)
2  PAUL P. DeANGELIS (SBN 193913)
   PETERSON WEYAND & MARTIN LLP
3  49 Stevenson Street, Tenth Floor
   San Francisco, CA 94105
4  Telephone: (415) 399-2900
   Facsimile: (415) 399-2930
5
   Attorneys for Plaintiff and Counter-Defendant
6  SEER SYSTEMS, INC.,
   a California Corporation
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 SEER SYSTEMS, INC., a California          CASE NO. C 03 4636 JSW (EDL)
   Corporation,
12                                           **DISCOVERY MOTION**
              Plaintiff,
13                                           **STIPULATION REGARDING COURT
        vs.                                  ORDER GRANTING IN PART
14                                           DEFENDANT MICROSOFT'S MOTION
   BEATNIK, INC., et al.                     TO COMPEL; REQUEST FOR ORDER
15                                           THEREON** & ORDER
              Defendants.
16                                           **Courtroom: Courtroom E, 15th Floor
                                             Magistrate Judge Elizabeth D. LaPorte**
17

18
   AND COUNTER-ACTION.
19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING COURT ORDER            1

1   The parties, Plaintiff SEER SYSTEMS, INC. ("Plaintiff") and Defendant Microsoft
2   ("Microsoft"), through their respective attorneys, stipulate as follows:
3   On May 3, 2006, the Court entered an Order Granting in Part Defendant Microsoft's
4   Motion to Compel (the "Order"). Due to a medical emergency this week involving Plaintiff's
5   counsel, Alexander M. Weyand, Plaintiff requested from Microsoft and Microsoft agreed to an
6   extension of time to May 16, 2006 for Plaintiff to respond to paragraphs 1 and 2 of the Order
7   regarding Plaintiff's supplemental privilege logs for Plaintiff and Carr & Ferrell and Plaintiff's
8   supplemental responses to Microsoft's interrogatory numbers five and sixteen. The parties
9   respectfully request that the Court enter an Order allowing such stipulation to May 16, 2006.

IT IS SO STIPULATED.

Dated: May 11, 2006          PETERSON, WEYAND & MARTIN LLP


                             By: _____/S/ Paul P. DeAngelis_____

                             Attorneys for Plaintiff and Counterclaim-
                             Defendant SEER SYSTEMS, INC.


Dated: May 11, 2006          WEIL, GOTSHAL & MANGES LLP


                             By: _____/S/ Eugene Mar_____

                             Attorneys for Defendant and Counterclaimant
                             MICROSOFT CORPORATION

**ORDER**

Dated: May 12, 2006          _____
                             IT IS SO ORDERED
                             The Honorable Elizabeth D. Laporte
                             United States Magistrate Judge
                             Northern District of California