IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEER SYSTEMS, INC., | No. C-03-04636 JSW (EDL) |
| Plaintiff, | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| BEATNIK, INC., et al. | |
| Defendants. | |

On April 10, 2006, Plaintiff filed a motion to compel responses to requests for production of documents and set the hearing for May 16, 2006. On April 24, 2006, Plaintiff served its Final Infringement Contentions on Microsoft. On May 8, 2006, Microsoft filed a motion to strike the Final Infringement Contentions and set the hearing on the motion to strike for June 23, 2006. The relevance of the discovery at issue in the motion to compel depends at least in part on the outcome of the motion to strike the Final Infringement Contentions. Therefore, the Court continues the hearing on the motion to compel to June 30, 2006 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: May 12, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge