1  ALEXANDER M. WEYAND (SBN 108147)
   JENNIFER L. JONAK (SBN 191323)
2  PAUL P. DeANGELIS (SBN 193913)
   PETERSON WEYAND & MARTIN LLP
3  49 Stevenson Street, Tenth Floor
   San Francisco, CA 94105
4  Telephone: (415) 399-2900
   Facsimile: (415) 399-2930

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SEER SYSTEMS, INC., a California corporation,<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>　　　v.<br><br>BEATNIK, INC., a California corporation; BEATNIK (DELAWARE), INC., a Delaware corporation; and MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　Defendants & Counterclaim Plaintiff. | Case No. C 03-4636 JSW (EDL)<br><br>**CIVIL LOCAL RULE 6-2 STIPULATED REQUEST FOR AN ORDER ENLARGING TIME FOR THE PARTIES' JOINT CASE MANAGEMENT STATEMENT**<br><br>The Honorable Jeffrey S. White |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, plaintiff Seer Systems, Inc. ("Seer") and defendant Microsoft Corporation ("Microsoft") stipulate as follows: |
| 3 | WHEREAS, on April 18, 2006, the Court set a Case Management Conference for May 19, 2006, at 1:30 P.M.; |
| 5 | WHEREAS, on April 18, 2006, the Court further stated that a Joint Case Management Statement from the parties is due by May 12, 2006; |
| 7 | WHEREAS, Alexander Weyand, lead counsel for Seer, was involved in an accident on May 7, 2006, underwent surgery on May 11, 2006, and will be unavailable until at least May 13, 2006; |
| 10 | NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties, through their respective counsel of record, that: |
| 12 | The deadline for submission of the parties' joint Case Management Statement be extended from Friday May 12, 2006 to Monday, May 15, 2006. This stipulation and request will not affect scheduling of the Case Management Conference, scheduled for May 19, 2006, at 1:30 P.M. |
| 17 | Respectfully submitted and requested by: (signatures next page) |

STIPULATED REQUEST FOR AN ORDER ENLARGING TIME FOR THE CASE MANAGEMENT STATEMENT   1   CASE NO. 03-4636 JSW

Dated: May 11, 2006                     PETERSON WEYAND & MARTIN LLP


                                        By: _____/s/_____
                                                Paul DeAngelis
                                                Attorneys for Plaintiff
                                                Seer Systems, Inc.


Dated: May 11, 2006                     WEIL, GOTSHAL & MANGES LLP


                                        By: _____/s/_____
                                                Eugene Y. Mar
                                                Attorneys for Defendant
                                                Microsoft Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: May 12, 2006                     _____
                                                Hon. Jeffrey S. White
                                                United States District Court Judge

### CERTIFICATION OF ATTORNEY PERMISSION

The undersigned declares that permission was obtained from Eugene Mar to file this document including his signature.

                                        By: _____/s/_____
                                                Paul DeAngelis
                                                Attorney for Plaintiff
                                                Seer Systems, Inc.

LAW OFFICES
PETERSON WEYAND MARTIN LLP
49 STEVENSON STREET TENTH FLOOR SAN FRANCISCO CALIFORNIA 94105
415-399-2900  FAX 415-399-2930