[Counsel listed on last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEER SYSTEMS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BEATNIK, INC., a California Corporation; BEATNIK (DELAWARE), INC., a Delaware Corporation; and MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　Defendants.<br><br>AND COUNTER-ACTION. | CASE NO. C 03 4636 JSW (EDL)<br><br>**STIPULATION RE FILING AND SERVICE OF OPPOSITION AND REPLY FOR DEFENDANT MICROSOFT'S MOTION TO STRIKE PLAINTIFF SEER'S FINAL INFRINGEMENT CONTENTIONS; ORDER** |

The parties by and through their respective counsel of record hereby stipulate and agree that to accommodate Seer's counsel of record, Alexander M. Weyand, relative to his current health related considerations: the time for Seer to file and serve its Opposition papers to Microsoft's Motion to Strike shall be extended from today by one business day to Monday, June 5, 2006 at noon and likewise the time for Microsoft's Reply papers shall be extended by one business day to June 12, 2006 at noon, no other changes whatsoever inclusive of the June 23, 2006 hearing date.

SV1:\248729\01\5BX501!.DOC\63514.0005

Dated: June 2, 2006                    PETERSON, WEYAND & MARTIN LLP


                                       By:    /S/ Alexander M. Weyand

                                       Attorneys for Plaintiff and Counterclaim-Defendant
                                               SEER SYSTEMS, INC.


Dated: June 2, 2006                    WEIL, GOTSHAL & MANGES, LLP


                                       By:    /s/ Eugene Y. Mar

                                       Attorneys for Defendant and Counterclaim-Plaintiff
                                               MICROSOFT CORPORATION


SO ORDERED:   June 7, 2006


                                       _____
                                       Hon. Jeffrey S. White
                                       United States District Court Judge

2
STIPULATION RE OPPOSITION & REPLY TO MOTION TO STRIKE

1

2   ALEXANDER M. WEYAND (Bar No. 108147)
    JENNIFER L. JONAK (Bar No. 191323)
3   PETERSON WEYAND & MARTIN LLP
    49 Stevenson Street, Tenth Floor
4   San Francisco, CA  94105
    Telephone:  (415) 399-2900
5   Facsimile:  (415) 399-2930

6
    Attorneys for Plaintiff and Counter-Defendant
7   SEER SYSTEMS, INC.

8
    MATTHEW D. POWERS (Bar No. 104795)
9   matthew.powers@weil.com
    JARED BOBROW (Bar No. 133712)
10  jared.bobrow@weil.com
    WEIL, GOTSHAL & MANGES LLP
11  Silicon Valley Office
    201 Redwood Shores Parkway
12  Redwood Shores, CA  94065
    Telephone: (650) 802-3000
13  Facsimile: (650) 802-3100

14  ISABELLA E. FU (Bar No. 154677)
    isabelfu@microsoft.com
15  MICROSOFT CORPORATION
    One Microsoft Way
16  Redmond, WA  98052
    Telephone: (425) 882-8080
17  Facsimile: (425) 936-7329

18  Attorneys for Defendant & Counterclaim Plaintiff
    MICROSOFT CORPORATION
19

20

21

22

23

24

25

26

27

28

3

3
STIPULATION RE OPPOSITION & REPLY TO MOTION TO STRIKE