ALEXANDER M. WEYAND (SBN 108147)
JENNIFER L. JONAK (SBN 191323)
PETERSON WEYAND & MARTIN LLP
49 Stevenson Street, Tenth Floor
San Francisco, CA 94105
Telephone: (415) 399-2900
Facsimile: (415) 399-2930

Attorneys for Plaintiff and Counterclaim-Defendant
SEER SYSTEMS, INC.,
a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEER SYSTEMS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BEATNIK, INC., a California Corporation; BEATNIK (DELAWARE), INC., a Delaware Corporation; and MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendants.<br><br>AND COUNTER-ACTION. | CASE NO. C 03 4636 JSW (EDL)<br><br>**SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT FILED BY SEER SYSTEMS, INC. REGARDING TRIAL DATE AND REQUEST TO RE-SET ORDER** |

I. **SUMMARY OF FACTS AND REQUEST**

At the last case management conference on May 19, 2006, the Court initially proposed March 12, 2006 as the trial date for this matter with the pretrial conference to be on February 12, 2007. Microsoft's counsel advised of a conflict relative to another case in March 2007. The Court then set May 7, 2007 as this action's trial date.

SEER'S SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT AND
REQUEST TO RE-SET TRIAL DATE (CASE NO. C-03-4636 JSW)

After the the May 19, 2006 case management conference, Seer conferred with Microsoft's counsel regarding the March 2007 calendar. Microsoft's counsel informed that in the subject other case there was a pretrial conference set for March 5, 2007 and the practice of the court in that other case is to set trial shortly thereafter.

Earlier this week, Seer's counsel contacted court staff in the subject other case. It understands based upon that contact that the subject court there generally would set a trial date shortly after the pretrial conference albeit one convenient to the court, the parties and counsel.

Further, Seer's counsel understands from the scheduling order for that other case provided by Microsoft's counsel earlier this week that the trial date for the other case is expressly left blank, "to be determined."

Given the above, Seer is not certain that the subject other court would disregard a March 12, 2007 trial date in the present action as lacking due precedence. It cannot foreclose that the other court would respect such a trial date and set a later convenient date for its trial. And as regards the present May 7, 2007 trial date, Seer cannot foreclose that the other court might set its trial for mid to late April 2007 given the "blank" left in its scheduling order, thereby jeopardizing the Seer trial. Seer thus respectfully requests trial in this action be re-set for March 12, 2007 with the pretrial conference to be on February 12, 2007 and all other scheduled dates the same.

## II. THE OTHER CASE AND SUPPORTING DECLARATION

The other case is Spreadsheet Automation Corporation v. Microsoft (USDC, E.D.TEX., MARSHALL DIVISION No. 2:05cv127). See Declaration of Alexander M. Weyand hereto. The facts summarized above are set forth the Weyand Declaration. Seer notes that the other case apparently was commenced in 2005, whereas as this case was commenced in October 2003.

### III. CONCLUSION

Given the above, Seer respectfully requests that the trial in the present action be re-set for March 12, 2007 with the pretrial conference to be on February 12, 2007 and all other scheduled dates the same.

Dated: May 27, 2006                    PETERSON, WEYAND & MARTIN LLP


By: ____/s/ Alexander M. Weyand____

Attorneys for Plaintiff and Counterclaim-Defendant

SEER SYSTEMS, INC.

Dated: June 12, 2006

**DENIED**
*/s/ Jeffrey S. White*
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3
SEER'S SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO RE-SET TRIAL DATE (CASE NO. C-03-4636 JSW)