IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEER SYSTEMS, INC., <br><br>     Plaintiff, <br><br>   v. <br><br> BEATNIK, INC., et al., <br><br>     Defendants. | No. C 03-04636 JSW <br><br> **ORDER GRANTING MOTION TO STRIKE** |

Now before the Court is the motion by defendant Microsoft Corporation ("Microsoft") to strike plaintiff Seer Systems, Inc.'s ("Seer Systems") Final Infringement Contentions. The motion is fully briefed and ripe for decision. The Court finds this motion is suitable for disposition without oral argument. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for June 23, 2006, is VACATED. Having carefully considered the parties' arguments and the relevant legal authority, the Court hereby GRANTS the Microsoft's motion to strike.

On April 25, 2006, without leave of court, Seer Systems served its Final Infringement Contentions asserting additional technologies that allegedly infringe. Seer Systems does not dispute that pursuant to Patent Local Rule 3-7, it is required to seek leave of Court and demonstrate good cause in order to file amended infringement contentions accusing new devises. Nor does Seer Systems dispute that it has not yet done so. (Opp. at 2.) Rather, Seer Systems argues that Microsoft's motion is premature and represented that Seer Systems would file a motion seeking leave of Court demonstrating good cause "as soon as possible and no later than a week after ... June 9, 2006." (*Id*.) Although more than a week since June 9, 2006 has

1  passed, Seer Systems has not yet filed a motion seeking leave to amend its infringement
2  contentions.
3      Because Seer Systems has not sought leave of court or demonstrated good cause, the
4  Court GRANTS Microsoft"s motion to strike Seer System's Final Infringement Contentions.
5  **IT IS SO ORDERED.**

7  Dated: June 21, 2006                    _____
                                           JEFFREY S. WHITE
8                                          UNITED STATES DISTRICT JUDGE