IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEER SYSTEMS INC. ET AL, | No. C-03-04636 JSW (EDL) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| BEATNIK INC. ET AL, | |
| Defendant. | |

Plaintiff's Motion to Compel filed on April 10, 2006 sought production of documents relating to products that it had not accused in its Preliminary Infringement Contentions. In its Final Infringement Contentions, Plaintiff added as accused products many technologies whose relevance was contested in the Motion to Compel. Microsoft opposed the Motion to Compel as addressing for the most part products only improperly accused in the Final Infringement Contentions, which it moved to strike. This Court continued the hearing on the motion to compel, awaiting Judge White's ruling on the Motion to Strike.

In light of the Order Granting Motion to Strike issued on June 21, 2006, the Court concludes that Plaintiff's Motion to Compel is suitable for decision without a hearing and denies the motion. The purpose of requiring plaintiffs in patent cases to identify specifically the accused devices is to narrow the issues for trial and trial preparation. The additional products that plaintiff sought to accuse are no longer relevant in themselves. Nor has plaintiff shown that any of the topics on which it seeks discovery are sufficiently linked to the only product that is accused to justify discovery. Microsoft's expert's declaration shows that the additional discovery sought is not sufficiently related to DirectMusic, the accused product, and plaintiff's declaration in response does not refute this

G:\EDLALL\2003\03-4636\ord denying mtc.wpd

showing. Rather, Dr. Roads' declaration concludes that the additional subjects about which plaintiff seeks discovery are "alternative technologies" to DirectMusic. Declaration of Dr. Curtis Roads ¶ 22.

**IT IS SO ORDERED.**

Dated: June 27, 2006

                             ELIZABETH D. LAPORTE
                             United States Magistrate Judge