| | |
|---|---|
| 1 | ALEXANDER M. WEYAND (SBN 108147) |
| | JENNIFER L. JONAK (SBN 191323) |
| 2 | PAUL P. DeANGELIS (SBN 193913) |
| | PETERSON WEYAND & MARTIN LLP |
| 3 | 49 Stevenson Street, Tenth Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 399-2900 |
| | Facsimile: (415) 399-2930 |
| 5 | |
| | Attorneys for Plaintiff and Counterclaim-Defendant |
| 6 | SEER SYSTEMS, INC., |
| | a California Corporation |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEER SYSTEMS, INC., a California Corporation, | | CASE NO. C 03 4636 JSW (EDL) |
| | Plaintiff, | **[PROPOSED]** ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL DECLARATION OF DR. CURTIS ROADS IN SUPPORT OF MOTION TO AMEND |
| vs. | | |
| BEATNIK, INC., a California Corporation; BEATNIK (DELAWARE), INC., a Delaware Corporation; and MICROSOFT CORPORATION, a Washington Corporation, | | |
| | Defendants. | |
| AND COUNTER-ACTION. | | |

As set forth in Plaintiff Seer Systems, Inc.'s ("Seer") Miscellaneous Administrative Request to Seal, pursuant to Civil Local Rules 7-10 and 79-5, Seer lodged with the Court the Declaration of Dr. Curtis Roads in Support of Motion to Amend. The documents attached as exhibits to Dr. Roads' Declaration, and discussed throughout the declaration, are designated "Confidential" under the terms of the Stipulated Protective Order, which calls for documents so designated to be filed under seal.

Having considered Seer's Miscellaneous Administrative Request and good cause appearing thereof, the Court GRANTS Seer's request.

[PROPOSED] ORDER GRANTING MOTION TO SEAL (CASE NO. C-03-4636 JSW)

1  IT IS HEREBY ORDERED that the Declaration of Dr. Curtis Roads in Support of
2  Motion to Amend be filed under seal.
3
4  Dated: July 17, 2006
5
6  _____
7  The Honorable Jeffrey S. White
   United States District Court Judge

2
[PROPOSED] ORDER GRANTING MOTION TO SEAL (CASE NO. C-03-4636 JSW)