MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant and Counterclaimant
Microsoft Corporation

ALEXANDER M. WEYAND (Bar No. 108147)
aweyand@pwmlaw.com
PAUL DeANGELIS (Bar No. 193913)
pdeangelis@pwmlaw.com
PETERSON, WEYAND & MARTIN LLP
49 Stevenson Street, Tenth Floor
San Francisco, CA 94105
Telephone: (415) 399-2900
Facsimile: (415) 399-2930

Attorneys for Plaintiff and Counter-Defendant
Seer Systems, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SEER SYSTEMS, INC., a California Corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>BEATNIK, INC., a California Corporation; BEATNIK (DELAWARE), INC., a Delaware Corporation; and MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendants and Counterclaim Plaintiff. | Case No. C 03 4636 JSW (EDL)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF MICROSOFT'S OPPOSITION AND SEER'S REPLY TO SEER'S MOTION TO AMEND ITS FINAL INFRINGEMENT CONTENTIONS [Docket No. 202]**<br><br>**and [PROPOSED] ORDER**<br><br>**CIVIL L.R. 6-2 & 7-12**<br><br>Date: August 11, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER

Case No. C 03 4636 JSW (EDL)
(#252146)

    **WHEREAS** the Court is scheduled to hear Seer's motion to amend on August 11, 2006, and

    **WHEREAS** the parties need to change the filing dates of Microsoft's opposition and Seer's reply motions, but not to change the Court's scheduled hearing date,

    **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that subject to this Honorable Court's approval, the hearing date remain set for August 11, 2006, and that the remainder of the briefing cycle for Seer's motion to amend be changed as follows:

| Matter | Existing Schedule | Amended Schedule |
|---|---|---|
| Microsoft's Opposition Motion | 07/21/06 | 07/25/06 |
| Seer's Reply Motion | 07/28/06 | 07/31/06 |
| Hearing | 08/11/06 | 08/11/06 |

Peterson, Weyand & Martin LLP       Weil, Gotshal & Manges LLP

By: _____/S/_____       By: _____/S/_____
   Alexander M. Weyand            Eric Xanthopoulos

Attorneys for Plaintiff and Counter-Defendant     Attorneys for Defendant and Counterclaimant
SEER SYSTEMS, INC.                                MICROSOFT CORPORATION

Dated: July 19, 2006                       Dated: July 19, 2006

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties shall file their opposition and reply briefs and deliver chambers' copies by no later than 3:00 pm on the day the briefs are due.

Dated: July 20, 2006

By: _____
    Hon. Jeffrey S. White
    United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER      1      Case No. C 03 4636 JSW (EDL)
(#252146)

1  Pursuant to General Order 45, § X(B), I, Eric Xanthopoulos, attest that
2  concurrence in the filing of the document has been obtained from the other signatory of this
3  document.

WEIL, GOTSHAL & MANGES LLP

By: _____/S/_____
Eric Xanthopoulos

Attorneys for Defendant and Counterclaimant
MICROSOFT CORPORATION

Dated: July 19, 2006