[Counsel listed on last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEER SYSTEMS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BEATNIK, INC., a California Corporation; BEATNIK (DELAWARE), INC., a Delaware Corporation; and MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　Defendants.<br><br>AND COUNTER-ACTION. | CASE NO. C 03 4636 JSW (EDL)<br><br>**NOTICE OF SETTLEMENT AND STIPULATION BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT SEER SYSTEMS, INC. AND DEFENDANT AND COUNTERCLAIMANT MICROSOFT CORPORATION TO VACATE HEARING ON SEER MOTION TO AMEND PAT. L.R. 3-6 FINAL INFRINGEMENT CONTENTIONS; ORDER** |

Plaintiff and Counterclaim-Defendant SEER SYSTEMS, INC. ("SEER") and Defendant and Counterclaimant MICROSOFT CORPORATION by and through their counsel of record hereby (a) notify the Court that the aforesaid parties settled the entire action at mediation before Hon. Edward A. Infante (ret.), JAMS, SF and have entered into final, binding and confidential settlement documents requiring the filing with this Court no later than August 28, 2006 of a stipulation to dismissal with prejudice of the entire action and proposed order thereto; and, (b) consistent therewith, respectfully request the Court vacate the hearing on SEER's motion to amend its Final Infringement Contentions scheduled for August 11, 2006, at 9:00 a.m.

NOTICE OF SETTLEMENT AND STIPULATION BY SEER & MICROSOFT TO VACATE HEARING

| | | |
|---|---|---|
| 1 | Dated: August 10, 2006 | PETERSON, WEYAND & MARTIN LLP |
| 2 | | |
| 3 | | By: _____/s/_____<br>Alexander M. Weyand |
| 4 | | Attorneys for Plaintiff and Counterclaim-Defendant<br>SEER SYSTEMS, INC. |

Dated: August 10, 2006                          WEIL, GOTSHAL & MANGES LLP


By: _____/s/_____
     Jared Bobrow
Attorneys for Defendant and Counter-Claimant
MICROSOFT CORPORATION


**<u>ORDER</u>**

IT IS SO ORDERED:

August 10, 2006

_____
Hon. Jeffrey S. White
United States District Court Judge

2

NOTICE OF SETTLEMENT AND STIPULATION BY SEER & MICROSOFT TO VACATE HEARING