[Counsel listed on last page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEER SYSTEMS, INC., a California Corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>BEATNIK, INC., a California Corporation; BEATNIK (DELAWARE), INC., a Delaware Corporation; and MICROSOFT CORPORATION, a Washington Corporation,<br><br>    Defendants and Counterclaim Plaintiff. | Case No. C 03 4636 JSW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Case No. C 03 4636 JSW (EDL)
(#253786)

1  Seer Systems, Inc. ("Seer") and Microsoft Corporation ("Microsoft") have
2  resolved the issues between them arising from the above-entitled action and have entered into a
3  confidential settlement agreement without any admissions whatsoever regarding all of Seer's
4  claims and Microsoft's counterclaims. Consistent therewith, they hereby stipulate and agree by
5  and through their respective counsel to dismiss the present action with prejudice pursuant to Fed.
6  R. Civ. P. 41(a)(1) and (c) with each party to bear its own litigation costs, attorneys' fees and
7  other expenses arising from or relating to this litigation.

Peterson, Weyand & Martin LLP

By: _____
Alexander M. Weyand

Attorneys for Plaintiff and Counter-Defendant
SEER SYSTEMS, INC.

Dated: August 25, 2006

Weil, Gotshal & Manges LLP

By: _____
Jared Bobrow

Attorneys for Defendant and Counterclaim-
Plaintiff
MICROSOFT CORPORATION

Dated: August 24, 2006

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 28, 2006        By: _____
                                  Hon. Jeffrey S. White
                                  United States District Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL    1

Case No. C 03 4636 JSW (EDL)
(#253786)

ALEXANDER M. WEYAND (Bar No. 108147)
aweyand@pwmlaw.com
PAUL DeANGELIS (Bar No. 193913)
pdeangelis@pwmlaw.com
PETERSON, WEYAND & MARTIN LLP
49 Stevenson Street, Tenth Floor
San Francisco, CA 94105
Telephone: (415) 399-2900
Facsimile: (415) 399-2930

Attorneys for Plaintiff and Counter-Defendant
Seer Systems, Inc.

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ISABELLA E. FU (Bar No. 154677)
isabelfu@microsoft.com
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

Attorneys for Defendant and Counterclaimant Microsoft Corporation

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL    2

Case No. C 03 4636 JSW (EDL)
(#253786)